# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY LLOYD KALSO, | No. 2:24-CV-0507-DJC-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| BUTTE COUNTY SUPERIOR COURT, | |
| Respondent. | |

     Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

     On May 20, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  While it is unclear whether Petitioner is still incarcerated given that his updated address no longer lists a correctional facility, the Magistrate Judge is correct that Petitioner does not challenge a state court judgment, and his habeas petition is thus not cognizable.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 20, 2024, ECF No. 7, are adopted in full.

2. Petitioner's petition for a writ of habeas corpus, ECF No. 1, is summarily DISMISSED.

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE